

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due November 10, 2016. Neither the brief nor a motion for extension of time has been filed. We **order** appellant to file, **by November 28, 2016,** the appellant's brief and a written response reasonably explaining appellant's failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court